UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSEPHINE GALLARDO HERNANDEZ, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-056 |
| | § § | |
| KIDNEY SPECIALISTS OF SOUTH TEXAS, P.A., *et al*, | § § § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On June 17, 2019, United States Magistrate Judge Jason B. Libby entered his "Memorandum and Recommendation" (D.E. 24), recommending that the Court grant Defendants' Joint Motion to Remand to State Court (D.E. 23). The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's Memorandum and Recommendation. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's Memorandum and Recommendation (D.E. 24), and all other relevant

documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, Defendants' Joint Motion to Remand to State Court (D.E. 23) is **GRANTED** and this action is **REMANDED** to the 28th Judicial District Court of Nueces County, Texas, the court from which it was removed.

ORDERED this 8th day of July, 2019.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE